PEOPLES BANK OF BUFFALO, Respondent, *v.* ALBERT PICK & CO., Appellant, and FRONTIER MORTGAGE CORPORATION et al., Respondents, Impleaded with Others.

(Argued December 4, 1930; decided January 6, 1931.)

*Alfred M. Saperston* and *Daniel N. McNaughtan* for appellant.

*W. J. Wetherbee* and *Wilbur B. Grandison* for plaintiff-respondent.

*James O. Moore* and *Owen B. Augspurger* for defendants-respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.